UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY GUERRERO, | No. CV 08-1297-PA (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| MIKE EVANS, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: September 26, 2008

                                  HONORABLE PERCY ANDERSON
                                  UNITED STATES DISTRICT JUDGE